

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:13 CR 00023 (RNC) |
| vs. | : |
| JEFF SPRUILL | : OCTOBER 23, 2013 |

### NOTICE OF APPEAL TO THE SECOND CIRCUIT COURT OF APPEALS

Notice is hereby given that the Defendant, Jeff Spruill, in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 10th day of October, 2013.

DEFENDANT
JEFF SPRUILL

By ___s/Jeremy N. Weingast___
Jeremy N. Weingast
His Attorney
650 Farmington Avenue
Hartford, CT  06105
(860) 233-1440
Federal Bar No. ct02908

## CERTIFICATION

This is to certify that on October 23, 2013, a copy of the foregoing waiver was filed electronically to all parties by operation of the Court's electronic filing system or served by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

s/Jeremy N. Weingast
Jeremy N. Weingast